UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80439-CIV-HURLEY/HOPKINS

SAINT PAUL OVILMAR,

    Plaintiff,

vs.

WASTE MANAGEMENT INC.
OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR TRIAL CONTINUANCE

**THIS CAUSE** is before the court upon plaintiff's motion for trial continuance [DE # 14]. Upon consideration of the motion, it appears that exceptional circumstances exist justifying a trial continuance. *See* S. D. Fla. L. R. 7.6 Therefore, it is hereby **ORDERED** and **ADJUDGED** that:

1. Plaintiff's motion for continuance of trial [DE # 14] is **GRANTED**. This case is reset for trial on the **January 2009 Trial Calendar** which commences on **Monday, January 5, 2009**. Counsel for all parties shall appear at a calendar call commencing at **2:00 P.M.** on **Friday, December 12, 2008**, in courtroom five at the federal courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. Pretrial discovery shall be conducted in accordance with Local Rule 16.1 and Rule 26(a) of the Federal Rules of Civil Procedure. In light of the extension of trial date, pretrial discovery deadlines will be adjusted to comport with the new calendar call date for this case. Unless amended by subsequent order, the following deadlines shall apply:

Order Setting Trial Date, Calendar Call, and Pretrial Deadlines
Ovilmar v. Waste Management Inc. of Florida et al.
Case No. 08-80439-CIV-HURLEY/HOPKINS

| | |
|---|---|
| Rule 14 and Rule 19 Motions | 180 days before calendar call |
| Rule 26(a)(2) Expert Testimony Disclosures | 90 days before calendar call |
| Summary Judgment Motions | 90 days before calendar call |
| Mediation Conference | 60 days before calendar call |
| Rule 26(a)(3) Witness and Exhibit Disclosures | 30 days before calendar call |
| Discovery Cutoff | 10 days before calendar call |
| Motions in Limine | 5 days before calendar call |
| Pretrial Stipulation | 5 days before calendar call |
| Voir Dire Questions | First day of jury trial |
| Jury Instructions | First day of jury trial |
| Proposed Findings of Fact & Conclusions of Law | First day of non jury trial |

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _12th_ day of June, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies furnished to counsel of record*